UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-12721-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ADONIS FAJARDO
XXX-XX-1111

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of January, 2022.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  17-12721-BKC-PDR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ADONIS FAJARDO
11410 NW 56 DRIVE
UNIT 109
CORAL SPRINGS, FL  33065

**ATTORNEY FOR DEBTOR**
JOHN D. BRISTOL, ESQUIRE
1776 N. PINE ISLAND ROAD SUITE 224
PLANTATION, FL  33322

**CREDITOR(S)**
DEPARTMENT STORES NATIONAL BANK
C/O QUANTUM3 GROUP LLC
POB 657
KIRKLAND, WA  98083

DISCOVER BANK
POB 3025
NEW ALBANY, OH  43054-3025

HYUNDAI
C/O KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. WESTSHORE BLVD., STE 400
TAMPA, FL  33607

HYUNDAI CAPITAL AMERICA
POB 20809
FOUNTAIN VALLEY, CA  92728

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MIDLAND FUNDING, LLC
POB 2011
WARREN, MI  48090

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA 23541

QUANTUM 3 GROUP LLC
POB 788
KIRKLAND, WA 98083-0788

STERLING JEWELERS, INC.
C/O WELTMAN, WEINBERG & REIS CO., LPA
3705 MARLANE DRIVE
GROVE CITY, OH 43123

STERLING JEWELERS, INC.
C/O WELTMAN, WEINBERG & REIS CO., LPA
POB 93784
CLEVELAND, OH 44101

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

SYNCHRONY BANK
C/O WEINSTEIN & RILEY, P.S.
2001 WESTERN AVENUE SUITE 400
SEATTLE, WA 98121

SYNCHRONY BANK
C/O WEINSTEIN & RILEY, PS
POB 3978
SEATTLE, WA 98124-3978

TOYOTA MOTOR CREDIT CORP
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355

TOYOTA MOTOR CREDIT CORPORATION
POB 9013
ADDISON, TX 75001

MOTION TO DISMISS
CASE NO.: 17-12721-BKC-PDR

TOYOTA MOTOR CREDIT CORPORATION
POB 9490
CEDAR RAPIDS, IA  52409-9490